IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00629-BNB

SCOTT A. FOUNTAIN,

    Plaintiff,

v.

BARBARA BATULIS,
M. CASTILLO,
MARK COLLINS,
UNKNOWN JOHN DOE,
TINA SUDLOW,
RON WILEY, Each in Official and in Individual Capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 16 2008

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that in the future Mr. Fountain shall disclose in the Prisoner Complaint form all previous lawsuits (*Fountain v. Reno, et al.*, No. 97-cv-00889-LTB (D. Colo. Nov. 4, 1997), transferred to this Court from the United States

District Court for the District of Columbia) that he has filed in any federal or state court during his incarceration.

DATED April 16, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00629-BNB

Scott A. Fountain
Reg. No. 02158-090
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/16/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk