IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00629-EWN-CBS

SCOTT A FOUNTAIN,
    Plaintiff,
v.

BARBARA BATULIS,
M. CASTILLO,
MARK COLLINS,
UNKNOWN JOHN DOE,
TINA SUDLOW, and
RON WILEY,
(Each in official and individual capacities),
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Fountain's letter (filed July 24, 2008) (doc. # 22) (docketed by the Clerk of the Court as "Motion regarding filing fee payments"). Pursuant to the Order of Reference dated April 24, 2008 (doc. # 7) and the memorandum dated July 28, 2008 (doc. # 23), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Fountain's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Fountain asks the court whether, in light of the dismissal of his case on July 11, 2008, he is required to continue making partial filing fee payments pursuant to the court's March 27, 2008 "Order . . . Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 2). As set forth in the court's Order, Mr. Fountain is statutorily

1

obligated to continue making monthly partial payments until his $350.00 filing fee is paid in full.  *See* "Order . . . Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 2) at p. 2 of 4 ("Plaintiff shall be required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action.").  *See also* 28 U.S.C. § 1915(b)(1) ("if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee.").  Until the $350.00 filing fee is paid in full, Mr. Fountain must make the required monthly payments or show cause each month by filing a certified copy of his inmate trust account statement to show that he has no assets and no means by which to make the monthly filing fee payment.  Accordingly,

IT IS ORDERED that Mr. Fountain's letter (filed July 24, 2008) (doc. # 22) (docketed by the Clerk of the Court as "Motion regarding filing fee payments") is GRANTED as set forth in this Order.

DATED at Denver, Colorado, this 29th day of July, 2008.

BY THE COURT:

s/Craig B. Shaffer  
United States Magistrate Judge